# Court of Appeals
# of the State of Georgia

ATLANTA,___June 23, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1813. RICKY J. JOHNSON v. THE STATE.**

A jury found Ricky Johnson guilty of burglary and other offenses. After Johnson's trial attorney withdrew from representation, Johnson filed a pro se motion in arrest of judgment. The trial court subsequently appointed new counsel. On February 10, 2014, the trial court denied Johnson's motion in arrest of judgment, and Johnson filed a pro se notice of appeal. We dismissed the appeal because Johnson's pro se notice of appeal was a nullity since he was represented by counsel at the time he filed it. See Case No. A14A1845 (dismissed June 24, 2014). Johnson subsequently filed a motion for an out-of-time appeal and a motion to proceed in forma pauperis in the trial court. The trial court granted both motions on February 23, 2015, and Johnson filed an amended notice of appeal regarding the denial of his motion in arrest of judgment on May 6, 2015. We lack jurisdiction.

Although a criminal defendant may directly appeal from a trial court order granting his request for an out-of-time appeal, a notice of appeal must be filed within 30 days after entry of an appealable order. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995). Because Johnson filed his notice of appeal 72 days after the order granting his motion for an out of time appeal, his appeal is untimely. Accordingly, we lack jurisdiction to entertain this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*_____06/23/2015_____
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ , *Clerk.*